NATHAN SCHLUSSEL, an Infant, by MAX SCHLUSSEL, His Guardian ad Litem, and MAX SCHLUSSEL, Respondents, v. EDITH KANALEY and HENRY BRANDT, Appellants, and Another, Defendant.— Order denying motion of appellants Kanaley and Brandt to vacate a notice of examination of a codefendant, affirmed, with ten dollars costs and disbursements; the examination to proceed at Special Term, Part II, Supreme Court, Kings County, on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

.MARY TASHMAN, Appellant, v. GREEN BUS LINES, INC., Respondent.— Action to recover damages for personal injuries sustained by plaintiff, a passenger, when defendant's bus came to a sudden stop, throwing her to the floor. Order setting aside the verdict of a jury in favor of plaintiff and granting a new trial unless plaintiff stipulate to a reduction in the amount of the verdict, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

KATHRYN G. TREACY and DONALD E. TREACY, as Administrators, etc., of ELEANOR M. TREACY, Deceased, Respondents, v. F. W. WOOLWORTH Co., Appellant. (Appeal No. 1.) — Action to recover damages for wrongful death caused by inflammable water waving combs alleged to have been sold by defendant. Order denying defendant's motion for summary judgment dismissing the complaint and for a stay of the trial of this action until the costs allowed defendant against plaintiff Kathryn G. Treacy, in her individual action against defendant, be paid, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

KATHRYN G. TREACY and DONALD E. TREACY, as Administrators, etc., of ELEANOR M. TREACY, Deceased, Respondents, v. F. W. WOOLWORTH Co., Appellant. (Appeal No. 2.) — Action to recover damages for wrongful death caused by inflammable water waving combs alleged to have been sold by defendant. Order granting plaintiff's motion to strike out defendant's supplemental answer as sham and frivolous and presenting no legal defense, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

## (April 16, 1941.)

In the Matter of the Application of EDWARD H. SCHROEDER, for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

## (April 21, 1941.)

Pursuant to the provisions of rule 1 of the Rules of Civil Practice, John Bright, Esq., of Middletown, Orange county, New York, is hereby appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar in and for the Ninth Judicial District, in place of Philip A. Rorty, deceased, to serve on such Committee during the pleasure of the court; such appointment to take effect April 21, 1941. Present — Lazansky, P. J., Hagarty, Carswell, Johnston, Adel, Taylor and Close, JJ,